UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESTEBAN GONZALEZ,

                       Petitioner,

  -against-

MICHAEL ZENK, Warden, et al.,

                      Respondents.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1349 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ SEP - 6 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 1, 2005, denying the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered denying the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
         September 02, 2005

Robert C. Heinemann
Clerk of Court

By:  s/Terry Vaughn
     Terry Vaughn
     Chief Deputy Clerk
     for Operations